**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 08-cr-00440-JLK-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

DAVID LEE YOUNG,

        Defendant.

---

**ORDER CONTINUING SUPERVISION AND MODIFYING THE CONDITIONS OF SUPERVISED RELEASE**

---

THIS MATTER was before the Court for a supervised release violation hearing on June 8, 2015, upon report of the probation officer that the defendant had violated the terms and conditions of supervision. The defendant admitted guilt to Violations 3 through 6, as alleged in the probation officer's petition. The government withdrew Violations 1 and 2. Accordingly, it is

ORDERED that the defendant's term of supervised release be continued and all previously ordered mandatory and standard conditions shall remain in full force and effect. It is

FURTHER ORDERED that the defendant's conditions of supervised release be modified to include the following:

The defendant shall reside in a residential reentry center (RRC), located in Fort Collins, Colorado, for a period of up to 120 days to commence at the direction of the probation officer, and the defendant shall observe the rules of that facility. The probation officer is directed to submit a status report to the Court in 90 days.

DATED at Denver, Colorado, this 9th day of June, 2015.

                                            BY THE COURT:

                                            _____s/ *John L. Kane*_____
                                            Senior United States District Judge